UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21521-CIV-COOKE/TURNOFF

JERRY ROBIN REYES and all others similarly
Situated under 29 U.S.C. 216(B),

    Plaintiff,

v.

GOYA FOODS, INC. d/b/a GOYA FOODA OF
FLORIDA, FUTURE FORCE, INC., FRANK R.
UNANUE, and ADELA GONZALEZ,

    Defendants.
_____/

## DEFENDANT, GOYA FOODS, INC'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

DEFENDANT, GOYA FOODS, INC. d/b/a GOYA FOODA OF FLORIDA ("Goya"), through its counsel Bryant Miller Olive P.A., files its Response to Plaintiff's Statement of Claim and in support states the following:

1. On May 11, 2012, Plaintiff filed a one (1) Complaint alleging a violation of the Fair Labor Standards Act ("FLSA") [DE 1].

2. On June 1, 2012, Plaintiff filed his Statement of Claim [DE 7].

3. Therein, Plaintiff alleges that he is entitled to overtime compensation in the amount of $23,657.20. Plaintiff further alleges that he is entitled to liquidated damages of the same amount.

4. Plaintiff is not entitled to any overtime compensation. Plaintiff was an exempt employee under 29 U.S.C. § 213(a)(1) (outside sales or administrative exemption) of the FLSA.

5. Assuming that Plaintiff was not exempt, which he was, Plaintiff is still not entitled to the overtime from his Statement of Claim.

6. Plaintiff seeks overtime going back approximately 2.7 years from the date of the Complaint.

7. Any alleged violations by Defendant were not willful. Therefore, even if Plaintiff were entitled to overtime, he is only entitled to go back two (2) years from the date of the Complaint.

8. Further, Plaintiff's overtime amount is not reasonable. Plaintiff claims that he worked an even twenty (20) hours of overtime, every week for one hundred and forty two (142) consecutive weeks.

9. Thus, Plaintiff is also claiming that for one hundred and forty two (142) consecutive weeks he never took a day off, never took a vacation, never took a sick day, and never worked less hours during a holiday week.

10. Plaintiff's claims in this regard are simply not believable.

11. Plaintiff has failed to provide specific dates, times and hours of overtime worked, choosing instead to improperly rely on a speculative average. *See Gonzalez v. Metropolitan Deliv. Corp.*, No. 10-23296-CIV, 2012 WL 1600557, at *3 (S.D. Fla. May 7, 2012) (refusing to allow plaintiff to testify as to speculative average of hours worked and noting use of improper speculative average in statement of claim).

12. Plaintiff's Statement of Claim essentially provides no information, other than Plaintiff's unsupported calculation as to how many hours he allegedly worked.

13. To that end, and because Plaintiff was an exempt employee, Defendant denies that Plaintiff is entitled to any of the relief requested in his Statement of Claim.

July 5, 2012  Respectfully submitted,
Miami, Florida

        **BRYANT MILLER OLIVE P.A.**
        SunTrust International Center
        1 S.E. 3rd Avenue, Suite 2200
        Miami, Florida  33131
        (305) 374-7349 (Telephone)
        (305) 374-0895 (Fax)

        By /s/ Michael L. Elkins
           James C. Crosland
           Florida Bar No. 171389
           jcrosland@bmolaw.com
           Denise M. Heekin
           Florida Bar No. 892998
           dheekin@bmolaw.com
           Michael L. Elkins
           Florida Bar No. 0523781
           melkins@bmolaw.com
           Counsel for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Clerk of the Court by using the CM/ECF system, on this 14th, day of June, 2012, on all counsel or parties of record on the Service List below.

                                        /s/ Michael L. Elkins
                                        Michael L. Elkins

**SERVICE LIST**
CASE NO. 12-21521-CIV-COOKE/TURNOFF

Jamie H. Zidell, Esquire
**J.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, Florida  33141
(305) 865-6766 (Telephone)
(305) 865-7167 (Facsimile)
zabogado@aol.com
*Counsel for Plaintiff*

James C. Crosland, Esquire
Denise M. Heekin, Esquire
Michael L. Elkins, Esquire
**BRYANT MILLER OLIVE P.A.**
SunTrust International Center
1 S.E. 3rd Avenue, Suite 2200
Miami, Florida  33131
(305) 374-7349 (Telephone)
(305) 374-7485 (Facsimile)
jcrosland@bmolaw.com
dheekin@bmolaw.com
melkins@bmolaw.com
*Counsel for Defendant, Goya*

Paul O. Lopez, Esquire
**TRIPP SCOTT**
110 S.E. 6th Street
15th Floor P.O. Box 14245
Ft. Lauderdale, FL 33302-4245
(954) 525-7500 (Telephone)
(954) 761-8475 (Facsimile)
pol@trippscott.com
*Counsel for Defendants Future Force, Inc. and Adela Gonzalez*